# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2446

_____

United States of America

*Plaintiff - Appellee*

v.

Karina Michelle Guevara

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: October 15, 2013
Filed: November 14, 2013
[Unpublished]

_____

Before RILEY, Chief Judge, MELLOY, and KELLY, Circuit Judges.

_____

PER CURIAM.

Karina Guevara was a passenger in a Jeep that was pulled over in a routine traffic stop. After a search of the Jeep, officers found over 500 grams of methamphetamine hidden in the engine compartment. Guevara appeals her conviction for possession of methamphetamine with intent to distribute and for conspiracy to distribute and possess methamphetamine with intent to distribute.

Guevara argues the district court[1] erred in finding that the officer had reasonable suspicion to stop the Jeep. Guevara also challenges the length of the stop and suggests the stop became a *de facto* arrest. These same arguments were recently rejected by this Court in a case involving the driver of the same Jeep in which Karina Guevara was a passenger. United States v. Guevara, No. 13-1340, 2013 WL 5477616 (8th Cir. Oct. 3, 2013) (conviction of driver of the Jeep upheld because officer had reasonable suspicion for the traffic stop, driver consented to the search of the Jeep, destructive search of the Jeep was supported by probable cause, and officers had probable cause to arrest driver-defendant). Karina Guevara raises no new arguments for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.